34

JOHN TERMOTT, *ET AL.*, PLAINTIFFS-PETITIONER, CROSS-RESPONDENTS, v. WALTER C. KLEIN, Jr., DEFENDANT-RESPONDENT, CROSS-PETITIONER.

*Messrs. Roskein, Kronisch & Felzenberg* for the petitioners.

*Messrs. Budd, Larner & Kent* for the respondent.

June 7, 1965. Denied.

EUSTACE H. McGUIRE, PLAINTIFF-RESPONDENT, v. WINSTON JOHNSON, DEFENDANT-PETITIONER.

*Mr. William J. Murray* for the petitioner.

*Messrs. Baker, Garber & Chazen* for the respondent.

June 7, 1965. Denied.